IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 2 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00763-WDM-OES

ISSIAKA I. NAMOKO,

　　Plaintiff,

v.

COGNISA SECURITY INC,

　　Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

　　THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

　　ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: 6/18/05

BY THE COURT:

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00763-WDM-OES

Issiaka I. Namoko
P.O. Box 1012
Aurora, CO 80040

US Marshall Service
Service Clerk
Service forms for: Cognisa Security, Inc

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on: Cognisa Security Inc SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 6-22-05.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk