IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00763-WDM-OES

ISSIAKA I. NAMOKO,

Plaintiff(s),

v.

COGNISA SECURITY, INC.,

Defendant(s).

## ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge.**

In this action, plaintiff has filed a second amended complaint alleging employment discrimination in violation of Title VII. He has since filed two separate requests asking that this court issue a search warrant for the premises of defendant's headquarters, for the citizen arrest of certain persons for allegedly interfering with an "investigation" of some sort, and in the second request, the issuance of subpoenas for certain witnesses. This is a civil lawsuit in which the plaintiff seeks damages, not a criminal action. Only a state or federal prosecuting agency has the authority to bring a criminal action; a private citizen cannot file a criminal action.

Plaintiff has provided no authority pursuant to the Federal Rules of Civil Procedure or state or federal statute, and none is readily apparent or known to the court, under which the plaintiff can request or the court can issue a search warrant or for the making of a citizen's arrest in a civil case. It is noted that issues concerning pretrial case management,

to include the scope and methods to be used for discovery of admissible evidence and the taking of deposition testimony of potential witnesses, will be addressed at the Scheduling/Planning Conference set for October 20, 2005, at 9:15 a.m., as directed by Fed.R.Civ.P. 16.

With regard to what appears to be a request for subpoenas, plaintiff fails to indicate what proceedings he desires the subpoenas to be issued for and, at this stage of the case, the court is unaware of any proceedings that are pending in this court for which a subpoena would be required. Again, issues concerning the scheduling of depositions, trial, or other proceedings will be dealt with at or following the Scheduling/Planning Conference.

Accordingly, plaintiff's requests for a search warrant, citizen's arrest and subpoenas [Filed July 21, 2005; Docket #12 **and** Filed August 8, 2005; Docket #16] are **DENIED**.

Dated at Denver, Colorado, this 12th day of August, 2005.

BY THE COURT:

s/O. Edward Schlatter
O. Edward Schlatter
United States Magistrate Judge