IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00763-WDM-OES

ISSIAKA I. NAMOKO,

Plaintiff(s),

v.

COGNISA SECURITY, INC.,

Defendant(s).

**MINUTE ORDER**

**Entered by O. Edward Schlatter, United States Magistrate Judge.**
Dated:  August 24, 2005

      Plaintiff's Motion to Exclude [filed August 23, 2005, Document 20-1] is DENIED for failure to comply with D.C.Colo.LR7.1(A).