IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00763-WDM-OES

ISSIAKA I. NAMOKO,

Plaintiff(s),

v.

COGNISA SECURITY, INC.,

Defendant(s).

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge.**
Dated:  October 18, 2005

    Defendant's Unopposed Motion for Leave to Appear Telephonically at Scheduling Conference [filed October 17, 2005, Document 33] is GRANTED.