IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00763-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

COGNISA SECURITY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 21, 2006.**

    Because Plaintiff is now represented by counsel, Plaintiff's *pro se* Motion for Order to Sapinated (sic) Witnesses [Filed January 30, 2006; Docket #54] is **denied** without prejudice.