IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00763-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

COGNISA SECURITY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2006.**

Based upon the parties' agreement, and the entire record herein, the Joint Motion for Entry of Consent Protective Order [Filed April 5, 2006; Docket #90] is **granted**. The Court will sign the Protective Order and enter it on the record.