IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 05-cv-00763-WDM-MEH | Date:  May 8, 2006 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom A601** |

ISSIAKA I. NAMOKO, *Pro Se*
　　　　　　　　　　　　　　　　　　　　Donna Dell'Olio
　　　　Plaintiff(s),　　　　　　　　　　　Ian Kalmanowitz

v.

COGNISA SECURITY, INC.;　　　　　　　Terry P. Finnerty
　　　　　　　　　　　　　　　　　　　　James P. Ferguson
　　　　Defendant(s).

**COURTROOM MINUTES/MINUTE ORDER**

**\*HEARING:  DEFENDANT'S MOTION TO ENFORCE SETTLEMENT and
PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW**

**Court in session:**　　　　**3:05 p.m.**

Court calls case.  Appearances of counsel.  Also Present: Plaintiff, Issiaka Namoko.

Opening statements by the Court.

Discussion regarding Plaintiff's Counsel's Motion to Withdraw (Doc. #101, filed 5/5/06) and Mr. Cornish's entry of appearance on behalf of Plaintiff.

Review of Plaintiff's previous lawsuits filed in this court.

**ORDERED:**　For reasons stated on the record, Plaintiff's Counsel's Motion to Withdraw is GRANTED.  The Court finds that Plaintiff has filed other lawsuits and that he is capable of litigating on his own behalf.  Ms. Dell'Olio and Mr. Kalmanowitz are excused.

The Court will proceed on Defendant's Motion to Enforce Settlement Agreement (Doc. 98, filed 5/2/06).

3:16 p.m.　　Defendant's witness, James P. Ferguson, Jr., sworn and examined.
　　　　　　　Witness identifies Defendant's Exhibits A, B, C, D, E, and F, which are offered and admitted.

| | |
|---|---|
| 3:28 p.m. | Witness is cross-examined by Plaintiff. |
| 3:31 p.m. | Witness is questioned by the Court. |

Discussion regarding the signed settlement agreement.

| | |
|---|---|
| 3:35 p.m. | Continued cross-examination by Plaintiff. |
| 3:38 p.m. | Witness is excused. |
| 3:40 p.m. | Terry P. Finnerty makes an offer of proof regarding the settlement agreement. Defendant's Exhibit G is identified. |
| 3:41 p.m. | Discussion between the Court and Mr. Finnerty regarding the signed settlement agreement. |
| 3:43 p.m. | Defendant's witness, Terry P. Finnerty, is sworn and cross-examined by Plaintiff. |
| 3:45 p.m. | Witness excused. |
| 3:47 p.m. | Court in recess. |
| 4:19 p.m. | Court in session. |
| 4:20 p.m. | Defendant's witness, Donna Dell'Olio, is sworn. |

The Court makes further findings regarding the Plaintiff's Counsel's Motion to Withdraw, citing irreconcilable differences between Plaintiff and counsel.

| | |
|---|---|
| 4:20 p.m. | Witness is examined by Mr. Ferguson. |
| 4:22 p.m. | Witness is questioned by the Court. |
| 4:23 p.m. | Continued direct examination by Mr. Ferguson. |
| 4:25 p.m. | Witness is questioned by the Court. Witness if referred to Defendant's Exhibit G. |
| 4:28 p.m. | Witness is cross-examined by Plaintiff. |
| 4:34 p.m. | Witness is excused. |
| 4:35 p.m. | Plaintiff makes statements and is questioned by the Court.. |
| 4:40 p.m. | Plaintiff, Issiaka I. Namoko, is sworn and cross-examined by Mr. Finnerty. |

    Witness is excused.

4:41 p.m.  Closing argument by Mr. Finnerty, requesting attorney's fees for the bringing of this action.

4:42 p.m.  Closing argument by Plaintiff.

The Court takes Defendant's Motion to Enforce Settlement under advisement and will issue a written order.

**Court in recess:**  **4:43 p.m. (Hearing concluded)**
**Total time in Court:**  1:40

* To order a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.