IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00763-WDM-MEH

ISSIAKA I. NAMOKO,

      Plaintiff,

v.

COGNISA SECURITY, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 14, 2006.**

      Before the Court is Plaintiff's Motion to Compel [Docket #118]. This motion appears to be Plaintiff's correspondence with the law office of Cornish & Dell'Olio regarding Plaintiff's previous Motion to Compel [Docket #114]. Because this Court has previously ruled on the relief addressed in this motion [Docket #121], Plaintiff's Motion to Compel [Filed June 7, 2006; Docket #118] is **denied** as moot.