IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00763-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

COGNISA SECURITY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 5, 2006.**

    Before the Court is Plaintiff's Request for Judgments [Docket #135]. Pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C. COLO. L.Civ.R 72.1.C, this matter has been referred to this Court for resolution. Essentially, Plaintiff seeks a ruling on the motions currently pending before District Judge Miller. While this Court is confident that Judge Miller will address Plaintiff's motions in due course, Plaintiff does not demonstrate a need for an expedited ruling. As such, Plaintiff's Request for Judgments [Filed November 28, 2006; Docket #151] is **denied**.