IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00763-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

COGNISA SECURITY, INC.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 24, 2007.**

    Plaintiff's former counsel has filed a Motion to Intervene seeking to enforce its Charging Lien against the settlement ordered to be paid by District Judge Miller. Plaintiff has appealed this ruling. While this appeal is pending, the Court believes that intervention is improper and unnecessary. Accordingly, the Motion to Intervene [Filed March 22, 2007; Docket #165] is **denied without prejudice**.