IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00763-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

COSIGNA SECURITY INC.,

    Defendant.

## ORDER ON MOTION TO RECONSIDER

Miller, J.

This matter is before me on Plaintiff's Motion of Reconsideration Under 28 U.S.C. Section 1915 and Others (doc no 167). Plaintiff asks that I reconsider my order denying Plaintiff's request for leave to proceed on appeal pursuant to 28 U.S.C. § 1915(a)(3). In his motion, Plaintiff again fails to demonstrate the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal and, therefore, has given me no reason to modify or amend my previous order.

Accordingly, Plaintiff's motion is denied.

DATED at Denver, Colorado, on April 25, 2007.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge