IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00763-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

COSIGNA SECURITY INC.,

    Defendant.

## ORDER ON MOTION FOR STIPULATION

Miller, J.

    This matter is before me on Plaintiff's Motion for Stipulation (doc no 173). Plaintiff appears to request that I order Defendants to sign a stipulation, the terms of which are unclear to me. Because this matter is now on appeal with the Court of Appeals for the Tenth Circuit, I have no jurisdiction over substantive matters. This motion (doc no 173), therefore, is dismissed without prejudice.

    DATED at Denver, Colorado, on June 8, 2007.

                        BY THE COURT:

                        s/ Walker D. Miller
                        United States District Judge

PDF FINAL