IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00763-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

COSIGNA SECURITY INC.,

    Defendant.

## AMENDED ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Michael E. Hegarty (doc no 109), issued May 11, 2006, that Defendant's Motion to Enforce Settlement Agreement, (doc no 98) be granted. By order dated February 20, 2007 (doc no 154), I accepted the recommendation and ordered the settlement agreement enforced. I also ordered that the signed Release and Settlement Agreement and a Stipulation of Dismissal be filed with the Court and that Defendant tender the settlement amount to Plaintiff. Plaintiff apparently refused to sign the Stipulation of Dismissal and appealed my order to the Tenth Circuit Court of Appeals. Defendant filed a copy of the Release and Settlement Agreement as an exhibit to a motion to dismiss on March 7, 2007. The appeal was dismissed on June 21, 2007, because the order was not a final order or judgment. Therefore and in light of the foregoing, I amend the final portion of my order (doc no 154) as follows:

1. Defendant's Motion to Enforce Settlement Agreement, filed May 2, 2006 (doc no 98) is Granted. The Release and Settlement Agreement entered into by the parties shall be enforced.

2. The Recommendation of Magistrate Judge Hegarty, issued May 11, 2006 (doc no 109) is Accepted.

3. Plaintiff's Appeal of the Order of December 14, 2005, on Defendant's Motion to Compel, filed January 3, 2006 (doc no 49) is Denied.

4. The other pending matters, which include Plaintiff's Motion for Leave to File Third Amended Complaint, filed March 29, 2006 (doc no 77) and Plaintiff's Appeal of Order Denying Default Judgment, filed August 11, 2006 (doc no 144) are Denied as Moot.

5. The recommendation on the Motion for Leave to File Third Amended Complaint, issued June 12, 2006 (doc no 120) is moot.

6. Defendant shall pay the settlement amount to the registry of the Clerk of the Court for the benefit of Plaintiff on or before July 13, 2007.

7. Plaintiff may obtain payment of the settlement amount from the Clerk of the Court by (1) filing with this Court a certification or signed statement attesting that Plaintiff waives his appeal rights; or (2) if Plaintiff appeals the final order and judgment, upon receipt by this Court of a decision from the Tenth Circuit Court of Appeals affirming the judgment in this case.

8. In the event that Plaintiff files an appeal of this matter and the Tenth Circuit Court of Appeals determines that the Release and Settlement Agreement is

        not enforceable, the settlement amount shall be returned to Defendant.

9. Upon Defendant filing proof of payment of the settlement amount to the Clerk of the Court, the case will be dismissed with prejudice.

DATED at Denver, Colorado, on June 28, 2007.

                            BY THE COURT:

                            s/ Walker D. Miller
                            United States District Judge