IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-00763-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff(s),

v.

COGNISA SECURITY INC.,

    Defendant(s).
_____

**ORDER OF DISMISSAL**
_____

    Pursuant to my Amended Order on Recommendation of Magistrate Judge dated June 28, 2007, the defendant has deposited the amount required with the registry of this court.  Accordingly this matter is dismissed with prejudice with each party to pay its own costs and fees.

    DATED at Denver, Colorado, on July 31, 2007.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge

PDF FINAL