IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00763-WDM-MEH

ISSIAKA I. NAMOKO,

      Plaintiff,

v.

COSIGNA SECURITY INC.,

      Defendant.

---

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

---

Miller, J.

      This matter is before me on the recommendation of Magistrate Judge Michael E. Hegarty (doc no 193), that Plaintiff's Petition for Rehearing (doc no 191) be denied.  By order dated June 28, 2007 (doc no 180), I ordered enforcement of the parties' settlement agreement and ordered Defendant to pay the settlement amount to the Clerk of the Court for Plaintiff's benefit.  Defendant did so on July 10, 2007.  Plaintiff filed an objection (doc no 182) to this order, which I construed as a motion to alter or amend the judgment pursuant to Rule 59(e) and denied.  Plaintiff then filed his petition for rehearing, requesting a hearing and discovery and setting forth additional reasons why the settlement agreement entered into by the parties should not be enforced.   Magistrate Judge Hegarty recommended that this motion be denied on the grounds that Plaintiff is not entitled to a hearing or discovery because the matter will be dismissed and because Plaintiff had the opportunity to introduce his evidence of coercion but failed to do so.  Plaintiff has filed

objections to Magistrate Judge Hegarty's recommendation which consists of conclusory allegations of racism, new arguments as to why the settlement agreement should not be enforced, and a request that new settlement negotiations be commenced. None of Plaintiff's arguments has merit and his objections are overruled.

Accordingly, it is ordered:

1. Magistrate Judge Hegarty's recommendation (doc no 193) is accepted and Plaintiff's objections are overruled. Plaintiff's Petition for Rehearing (doc no 191) is denied.

DATED at Denver, Colorado, on August 1, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge