IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00763-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,
v.

COGNISA SECURITY, INC.,

    Defendant.

## ORDER ON SECOND MOTION TO INTERVENE

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

The law firm of Cornish and Dell'Olio filed their first motion to intervene on March 22, 2007, after the District Judge adopted this Court's Recommendation to enforce the settlement agreement. Dock. #165. That motion was denied without prejudice, because Plaintiff had appealed the Order to the Tenth Circuit Court of Appeals, and intervention was unnecessary at that time. Dock. #174. The Tenth Circuit remanded the case after concluding that an appealable final order had not yet been entered. On remand, District Judge Walker D. Miller amended his order to allow Defendant to file the settlement proceeds with the Court. Dock. #180. Judge Miller further ordered that Plaintiff may receive the settlement proceeds either by waiving his appeal rights and requesting the money, or after a decision by the Court of Appeal affirming the judgment. If Plaintiff appeals and the judgment is not upheld, the settlement proceeds are to be returned to Defendant.

In objecting to the current motion to intervene, Plaintiff argues that intervention is improper because Cornish and Dell'Olio allegedly violated the rules of professional conduct by leasing an apartment to him while he was represented by the firm. Plaintiff also makes it clear that he intends to appeal the amended judgment. In fact, Plaintiff filed a Notice of Appeal on July 23, 2007. Dock.

#194.

Because this case will be appealed to the Tenth Circuit, the finality of the settlement necessary to address a Charging Lien is not yet at hand. Accordingly, Lien Holder Cornish and Dell'Olio's Second Motion to Intervene to Enforce Attorney's Charging Lien [Filed June 28, 2007; Docket #181] is **denied without prejudice**.

Dated at Denver, Colorado this 6th day of August, 2007.

                                                          BY THE COURT:

                                               s/ Michael E. Hegarty
                                               Michael E. Hegarty
                                               United States Magistrate Judge