IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00763-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

COGNISA SECURITY INC.,

    Defendant.

## ORDER ON MOTION FOR RELEASE OF FUNDS

Miller, J.

This matter is before me on the motion (doc no 232) of Lien Holder Cornish and Dell'Ollio, seeking release of a portion of the settlement funds currently held in the registry of this Court. On October 11, 2007, on the assumption that Plaintiff had waived his appeal rights and would not seek to further challenge the settlement resolving this matter, I ordered Lien Holder to file an independent action in the state court to enforce the attorney charging lien on the settlement funds. However, Plaintiff has elected to pursue the appeal and the Tenth Circuit Court of Appeals has accepted the matter. As I do not have jurisdiction over this matter and the Tenth Circuit may reverse my determination that the settlement agreement is valid and enforceable, I cannot order the release of the funds.

Accordingly, it is ordered:

1.     The Motion of Lien Holder (Cornish & Dell'Ollio) to Release $13,144.82 to the Registry of the El Paso County District Court (doc no 232) is denied

without prejudice.

DATED at Denver, Colorado, on December 14, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge