IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00763-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

COGNISA SECURITY INC.,

    Defendant.

## ORDER FOR RELEASE OF FUNDS

Miller, J.

    This matter is before me on the Mandate of the Court of Appeals for the Tenth Circuit (doc no 241). By order dated February 12, 2008 (doc no 240), the Tenth Circuit affirmed the dismissal of Plaintiff's complaint and enforcement of a settlement agreement signed by Plaintiff in this matter. The net settlement funds ($23, 973) have been deposited in the registry of the Clerk of this Court. In addition, Plaintiff's former attorneys, Cornish & Dell'Ollio, have filed a charging lien on the funds.

    I previously ordered Cornish & Dell'Ollio to file an independent action in the state court to enforce the attorney charging lien on the settlement funds and to interplead the disputed amount, but because of the pending appeal could not order release of those funds. Resolution of Plaintiff's appeal has returned jurisdiction to this Court and it is appropriate to order release of the funds at this time.

    Accordingly, it is ordered:

1.  The amount claimed by Lienholder Cornish & Dell'Ollio ($13,144.82) with prorated interest, less registry fee assessment, shall be disbursed to the Clerk of the El Paso County District Court to be interpled in Civil Action No. 2007CV5636.

2.  The remaining principal ($10,828.18) shall be released to Plaintiff with prorated interest, less registry fee assessment. The Clerk is hereby ordered to disburse these funds to:

    Issiaka I. Namoko

    243 West 116th Street, #5C

    New York, NY 10026

DATED at Denver, Colorado, on March 6, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge